**No. 10-9792. Saied Mousa Ramadan, Petitioner v. United States.**

565 U.S. 1177, 132 S. Ct. 1141, 181 L. Ed. 2d 1016, 2012 U.S. LEXIS 993, ■

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 390 Fed. Appx. 261.